# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., | Case No. 8:24-cv-01476-JWH-ADSx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NOLAN TRANSPORTATION GROUP, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 52] entered on or about May 21, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: July 22, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE